SHEPPARD MULLIN RICHTER & HAMPTON LLP
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
JAMES F. McSHANE, Cal. Bar No. 123178
jmcshane@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

**JS-6**

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA

| | |
|---|---|
| NEILL W. KOHLHASE and JILL KOHLHASE,<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and Does 1-10, inclusive,<br><br>Defendants. | Case No. **SACV10-01470 JST (FFMx)**<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT SAFECO INSURANCE COMPANY OF AMERICA** |

| | |
|---|---|
| 1 | WHEREAS the Court entered its Order Granting Defendant's Motion |
| 2 | for Summary Judgment, |
| 3 | |
| 4 | IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs Neill |
| 5 | and Jill Kohlhase shall take nothing by their Complaint and that FINAL |
| 6 | JUDGMENT IS HEREBY ENTERED in favor of Defendant Safeco Insurance |
| 7 | Company of America. |
| 8 | |
| 9 | IT IS SO ORDERED and ADJUDGED. |

Dated:  December 22, 2010          **JOSEPHINE STATON TUCKER**

                                   Hon. JOSEPHINE STATON TUCKER
                                   JUDGE OF THE U.S. DISTRICT COURT

-2-